IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCO AGUILAR-URBINA,<br>et. al.<br><br>        Defendant. | CR 1:00CR05149-004 AWI<br><br>**ORDER ON DEFENDANT'S MOTION FOR COPY OF PRESENTENCE REPORT AND ORDER** |

      On September 24, 2001, Defendant Francisco Aguilar-Urbina was sentenced to 180 months imprisonment for violation of 21 U.S.C. §§ 846 & 841(a)(1).  On August 12, 2005, Aguilar-Urbina filed a motion requesting a copy of his presentence report.  According to the motion, Aguilar-Urbina is attempting to get transferred to Mexico in order to serve his sentence.  Aguilar-Urbina indicates that his initial transfer request was denied in October 2004, and that he wishes to reapply.  Aguilar-Urbina further indicates that his attorney no longer has the presentence report.  Aguilar-Urbina is currently incarcerated at the Taft Correctional Institution in Taft, California.  Aguilar-Urbina lists his contact information as: Registration #59481-07, Taft Correctional Institution, P.O. Box 7001, Taft, CA 93268.  It is appropriate for the United States Probation Office to provide a copy of the presentence report to Aguilar-Urbina.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States Probation Office through Bruce Vasquez of the Fresno, California branch office of the United States Probation Office provide to Francisco Aguilar-Urbina at the Taft Correctional facility a copy of his presentence report;

2. The United States Probation Office provide the presentence report within a reasonable period of time as the circumstances may dictate; and

3. That the United States Probation Office file with the clerk of the court confirmation that the presentence report has been sent to Francisco Aguilar-Urbina.

IT IS SO ORDERED.

**Dated:   October 14, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE